UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROCHELLE WARD,

    Plaintiff,

v.                                                 Case No: 6:22-cv-1932-JSS-DCI

FULL SAIL, LLC,

    Defendant.
_____/

## ORDER

The parties filed a Joint Stipulation of Voluntary Dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any claims of the proposed putative class members. (Dkt. 51.) Upon review of the docket, the court has yet to certify the proposed class in this matter. *See* Fed. R. Civ. P. 23(e). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice** as to Plaintiff's individual claims and **DISMISSED without prejudice** as to any claims of the proposed putative class members. Any pending motions are denied as moot. The Clerk is directed to terminate any pending deadlines and thereafter close this case.

    **ORDERED** in Tampa, Florida, on August 6, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record